■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL FIGUEROA, Appellant. [599 NYS2d 978] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Meyerson, J.), rendered January 11, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People exercised their peremptory challenges in a racially discriminatory manner is baseless *(see, Batson v Kentucky,* 476 US 79). The Supreme Court properly concluded that the defendant failed to make out a prima facie showing that the prosecution purposefully excluded prospective jurors on the basis of their ethnic identities *(see, People v Childress,* 81 NY2d 263; *People v Steele,* 79 NY2d 317, 325; *People v Simmons,* 79 NY2d 1013; *cf., People v Bolling,* 79 NY2d 317, 324-325; *People v Jenkins,* 75 NY2d 550, 556-557).

Furthermore, the Court of Appeals has rejected the defendant's argument "that, regardless of race, 'minorities' in general constitute a cognizable racial group" *(People v Smith,* 81 NY2d 875, 876). Thompson, J. P., Sullivan, Ritter and Joy, JJ., concur.